☒ FILED  ☐ LODGED

**Sep 15 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

GARY M. RESTAINO
United States Attorney
District of Arizona

J. COLE HERNANDEZ
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (520) 300-0648
Fax: (602) 514-7693
Email: cole.hernandez@usdoj.gov

JAMIE ANN YAVELBERG
NATALIE A. WAITES
JARED S. WIESNER
Department of Justice
Civil Division - Fraud Section
Commercial Litigation Branch
U.S. Department of Justice
175 N Street, NE
Washington, D.C. 20002
Telephone: (202) 353-1274
Fax: (202) 541-0280
Email: jared.s.wiesner2@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America *ex rel.* Radhakrishnan, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Gampel, *et al.*,<br><br>　　　　　　　　Defendants. | CV-20-00176-PHX-GMS<br>**LEAD CASE**<br><br>Consolidated with<br>No. CV-21-00010-PHX-SPL<br>No. CV-21-01206-PHX-GMS<br><br>**THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE AND THE PLAINTIFF STATES' NOTICE TO DECLINE INTERVENTION**<br><br>**[FILED UNDER SEAL]** |

|   |   |
|---|---|
| 1 | United States of America *ex rel.* Terry, *et al.*, |
| 2 |   |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | Modern Vascular of Glendale, LLC, |
| 6 | Defendant. |
| 7 | United States of America *ex rel.* Jane Doe, *et al.*, |
| 8 |   |
| 9 | Plaintiffs, |
| 10 | v. |
| 11 | Modern Vascular LLC, *et al.*, |
| 12 | Defendants. |
| 13 |   |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes against defendants Yury Gampel; Nobility Management, LLC; Modern Vascular, LLC; Modern Vascular Management, LLC; Modern Vascular Institute, LLC; Modern Vascular of Mesa, LLC; Modern Vascular of Glendale, LLC; Modern Vascular of Sun City, LLC; Modern Vascular of Tucson, LLC; San Antonio Vascular Specialists Corp. d/b/a Modern Vascular; Fort Worth Vascular Specialists Corp. d/b/a Modern Vascular; Modern Vascular of Denver, LLC; Modern Vascular - Navajo, LLC; Modern Vascular of Fairfax, LLC; Modern Vascular of Houston, LLC; and Modern Vascular of Indianapolis, LLC, and intends to proceed with this action against them.[1]   The United States intends to file its complaint within 90 days and then

---

[1] This matter involves three *qui tam* complaints originally filed under seal in three separate cases:  *U.S. ex rel. Radhakrishnan, et al. v. Gampel, et al.*, Dkt. No. CV-20-00176-PHX-GMS; *United States ex rel. Terry, et al., v. Modern Vascular of Glendale, LLC*, CV-21-00010-PHX-SPL; and *United States ex rel. Jane Doe, et al., v. Modern Vascular LLC, et al.,* CV-21-01206-PHX-GMS.  On September 6, 2022, the Court consolidated the three cases into this matter.  (Dkt. No. 24.)

serve the complaint as provided under the Federal Rules of Civil Procedure. The United States declines to intervene against defendant Scott Brannan.

In addition, the named states in the matter of *United States ex rel. Jane Doe, et al., v. Modern Vascular LLC, et al.,* CV-21-01206-PHX-GMS ("Plaintiff States"), on whose behalf the Relator Jane Doe asserts state false claims act violations, have elected to decline intervention in this matter. Through their authorized representatives,[2] the Plaintiff States have asked the undersigned to notify the Court of their intervention decision.

The Plaintiff States, through their authorized representatives, have asked that they be served or otherwise noticed of all pleadings filed in this action, all orders issued by the Court, and all notices of appeal. The Plaintiff States further reserve their rights under applicable state law to order deposition transcripts, to intervene in this action at a later date, and to seek the dismissal of the relator's actions or claims.[3]

The United States reserves the right to seek the dismissal of the relators' actions or claims, or reduction of relators' shares, on any appropriate grounds including but not limited to those under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

The Government requests that the relators' Complaints in the three above-captioned cases, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in

---

[2] Texas' authorized representative is Lynne Kurtz-Citron, Director of Investigation, Texas Civil Medicaid Fraud Division. Indiana's authorized representative is Lawrence J. Carcare III, Deputy Attorney General, Indiana Medicaid Fraud Control Unit. New Mexico's authorized representative is Zachary Shandler, Assistant Attorney General, New Mexico Medicaid Fraud Control Division. Virginia's authorized representative is Megan A. Winfield, Assistant Attorney General, Virginia Office of the Attorney General. Colorado's authorized representative is George A. Codding, Senior Assistant Attorney General, Colorado Medicaid Fraud Control Unit.

[3] Indiana's authorized representative, Lawrence Carcare, advises the undersigned that, pursuant to Ind. Code 5-11-5.7-4, the relator must obtain Indiana's prior written consent to voluntary dismissal. Virginia's representative, Megan Winfield, advises the undersigned that, pursuant to Va. Code Ann. § 8.01-216.5(A), the Commonwealth of Virginia reserves the right to condition the voluntary dismissal of claims brought on its behalf on the prior written consent of the Attorney General of the Commonwealth. Colorado's authorized representative, George Codding, advises the undersigned that Colorado reserves its right pursuant to C.R.S. 25.5-4-306 (3)(b)(I)) to condition the voluntary dismissal of the claims brought on its behalf on the prior written consent of Colorado.

1  discussing the content and extent of the United States' investigation, such papers are
2  provided by law to the Court alone for the sole purpose of evaluating whether the seal and
3  time for making an election to intervene should be extended.
4      A proposed order accompanies this notice.
5      Respectfully submitted this 15th day of September.

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        GARY M. RESTAINO
        United States Attorney
        District of Arizona

        _____
        J. COLE HERNANDEZ
        Assistant United States Attorney

        JAMIE ANN YAVELBERG
        NATALIE A. WAITES
        JARED S. WIESNER
        Attorneys, Civil Division
        U.S. Department of Justice

        *Attorneys for the United States of America*

# CERTIFICATE OF SERVICE

I certify that I caused the foregoing United States' Notice of Election to Intervene and the Plaintiff States' Notice to Decline Intervention and its Proposed Order to be filed with the Clerk of the Court and, further, that I caused a copy to be sent via email to the following:

Cory S. Fein
Cory Fein Law Firm
712 Main St., Suite 800
Houston, TX  77002
*COUNSEL FOR RELATORS DR. RADHAKRISHNAN AND DR. JULIEN*

Edmundo P. Robaina
Robaina & Kresin PLLC
5343 N. 16th St., Suite 200
Phoenix, AZ 85016
*COUNSEL FOR RELATORS DR. RADHAKRISHNAN AND DR. JULIEN*

J. Benjamin Dolan, Christopher J. Ryan, and Andrew L. Sparks
Dickinson Wright LLP
300 West Vine St., Suite 1700
Lexington, KY 40507
*COUNSEL FOR RELATORS DR. TERRY, DR. PATEL, AND DR. LAUVOA*

Leonard W. Aragon
Hagens Berman Sobol Shapiro LLP
11 West Jefferson St., Suite 100
Phoenix, AZ 85002
*COUNSEL FOR RELATOR JANE DOE*

Steve W. Berman and Shayne C. Stevenson
Hagens Berman Sobol Shapiro LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
*COUNSEL FOR RELATOR JANE DOE*

                                                _____
                                                J. COLE HERNANDEZ
                                                Assistant United States Attorney