**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America *ex rel.* Radhakrishnan, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Gampel, *et al.*,<br><br>    Defendants. | CV-20-00176-PHX-GMS<br>**LEAD CASE**<br><br>Consolidated with<br>No. CV-21-00010-PHX-GMS<br>No. CV-21-01206-PHX-GMS<br><br>**ORDER** |
| United States of America *ex rel.* Terry, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Modern Vascular of Glendale, LLC,<br><br>    Defendant. | |
| United States of America *ex rel.* Jane Doe, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Modern Vascular LLC, *et al.*,<br><br>    Defendants. | |

Before the Court is The United States' Notice of Election to Intervene and the

Plaintiff States' Notice to Decline Intervention (Doc. 25)

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), **IT IS ORDERED**:

1. The Clerk shall unseal the Relators' Complaints, the United States' Notice of Intervention, and this Order;

2. The United States shall file its Complaint-in-Intervention within 90 days;

3. The United States shall serve its Complaint upon Defendants, together with this Order, as provided under the Federal Civil Rules of Procedure;

4. All other papers or Orders on file in this matter shall remain under seal;

5. The seal shall be lifted on all matters occurring in this action after the date of this Order;

6. The parties shall serve or otherwise provide notice of all pleadings and motions filed in this action, including supporting memoranda, upon each of the Plaintiff States.  The Plaintiff States may order any deposition transcripts and may intervene in this action at a later date pursuant to applicable state law;

7. The parties shall serve all notices of appeal upon the Plaintiff States; and

8. All orders of this Court shall be sent to the Plaintiff States.

Dated this 15th day of September, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge