UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States *ex rel*. Radhalcrishnan, *et al*.,<br><br>                Plaintiffs,<br>v.<br><br>Gampel, *et al*.,<br><br>                Defendants. | No. CV-20-00176-PHX-GMS<br>**LEAD CASE**<br><br>Consolidated with<br>No. CV-21-00010-PHX-SPL<br>No. CV-21-01206-PHX-GMS<br><br>**NOTICE OF PARTIAL<br>VOLUNTARY DISMISSAL** |
| United States *ex rel*. Terry, *et al*.,<br><br>                Plaintiffs,<br>v.<br><br>Modern Vascular of Glendale LLC, *et al*.,<br><br>                Defendants. | |
| United States *ex rel*. Jane Doe, *et al*.,<br><br>                Plaintiffs,<br>v.<br><br>Modern Vascular LLC, *et al*.,<br><br>                Defendants. | |

**TO:   The Clerk of the Court**

Notice is hereby given on behalf of Plaintiff-Relator Katherine Diggins (previously identified and captioned—as above—"Jane Doe"), by and through her attorneys of record, that the Relator voluntarily dismisses Count III (under the Colorado Medicaid False Claims Act), Count IV (under the Indiana False Claims and Whistleblower Protection Act), Count V (under the New Mexico Medicaid False Claims Act), Count VI (under the Texas Medicaid Fraud Prevention Act), and Count VII (under the Virginia Fraud Against Taxpayers Act) of her Complaint. On September 15, 2022 (Dkt. 25), through their respective authorized representatives, the offices of the Attorneys General for each of the named States in this matter—Colorado, Indiana, New Mexico, Texas, and Virginia—elected to decline intervention in this action. Relator Diggins, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the aforementioned Counts III – VII without prejudice. Defendants have not been served the Complaint in this matter or filed any responsive pleading. Undersigned counsel has consulted with the authorized representative government counsel for each of the States identified above and government counsel for each of the States has confirmed that the government does not object to the dismissal of Counts III – VII on the condition that the dismissal is without prejudice to each of the State governments.

The Clerk of the Court is hereby requested to enter the dismissal of Counts III – VII of the Complaint in the records of the Court.

RESPECTFULLY SUBMITTED this 8th day of December, 2022.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By  /s/ Leonard W. Aragon
    Leonard W. Aragon
    11 West Jefferson Street, Suite 1000
    Phoenix, Arizona 85003
    Telephone: (602) 840-5900
    Facsimile: (602) 840-3012

-1-

leonard@hbsslaw.com

Steve W. Berman *(pro hac vice)*
Shayne C. Stevenson *(pro hac vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone:  (206) 268-9300
Facsimile: (206) 623-0594
steve@hbsslaw.com
shaynes@hbsslaw.com

*Attorneys for Plaintiff-Relator*

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2022, I caused to be electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Cory S Fein
Cory Fein Law Firm
712 Main St., Ste. 800
Houston, TX 77002
281-254-7717
Fax: 530-748-0601
Email: cory@coryfeinlaw.com

Edmundo Pedro Robaina
Yen Pilch Robaina & Kresin PLC
6017 N 15th St.
Phoenix, AZ 85014
602-682-6450
Fax: 602-682-6455
Email: epr@yprklaw.com

Andrew L Sparks
Dickinson Wright PLLC
300 W Vine St., Ste. 1700
Lexington, KY 40507-1621
859-899-8734
Fax: 844-670-6009
Email: asparks@dickinsonwright.com

Christopher James Ryan
Dickinson Wright PLLC
350 S Main St., Ste. 300
Ann Arbor, MI 48104
734-623-1907
Email: cryan@dickinson-wright.com

J Benjamin Dolan
Dickinson Wright PLLC
500 Woodward Ave., Ste. 4000
Detroit, MI 48226
248-433-7535
Email: bdolan@dickinsonwright.com

Adithi S Grama
US Dept of Justice Civil Division Fraud Section

-3-

Commercial Litigation Branch
175 N St NE, Rm. 10.1807
Washington, DC 20002
202-514-9472
Fax: 202-541-0280

Jamie Ann Yavelberg
US Dept of Justice Civil Division Fraud Section
Commercial Litigation Branch
175 N St NE, Rm. 10.1807
Washington, DC 20002
202-353-1233
Fax: 202-541-0280

Jared S Wiesner
US Dept of Justice Commercial Litigation
Fraud Section
175 N St. NE
Ste. 11.1320
Washington, DC 20002
202-353-1274
Fax: 202-541-0280

Lon R Leavitt
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7693
Email: Lon.Leavitt@usdoj.gov

Natalie A Waites
US Dept of Justice Civil Division Fraud
Section
Commercial Litigation Branch
175 N St NE, Rm. 10.1807
Washington, DC 20002
202-353-1233
Fax: 202-541-0280

                                    /s/ Leonard W. Aragon

-4-