# EXHIBIT E

| | |
|---|---|
| **From:** | Omar Malone |
| **To:** | Wiesner, Jared S. (CIV); Leavitt, Lon (USAAZ); Grama, Adithi S. (CIV) |
| **Cc:** | Mike Tein; Georgia McKenzie; Benjamin.Katz@gtlaw.com; dwyerje@gtlaw.com |
| **Subject:** | [EXTERNAL] RE: United States ex rel. Radhakrishnan, et al., v. Yury Gampel and Modern Vascular, Case No.: CV-20-00176-PHX-GMS |
| **Date:** | Monday, April 24, 2023 5:00:24 PM |

Mr. Wiesner:

Thank for your email.

One of the reasons engaging in discovery is so important for Mr. Gampel is because the government has utilized its formidable investigative powers to secure pre-litigation discovery. Using documents and evidence compiled over the past three years, the government has suspended Defendants from Medicare's reimbursement program (prohibiting any payments from Medicare **for services already provided by Defendants**), economically crippling the clinics and causing massive economic damage to Mr. Gampel personally. Thus, despite the pendency of the motions to dismiss and the uncertainty of the Court's ultimate decision (or when that will occur) on the merits, we are trying to move this case forward.

As it relates to conditioning the arrival at an agreement to engage in limited discovery (i.e., exchanging interrogatories and requests for production of documents) in this case to dismissing or narrowing the scope of the motion(s) to dismiss and/or the foreshadowing of each item of discovery to be requested and the underlying basis for same—we respectfully decline.

We will of course note our inability in good faith to arrive at agreement in the motion that we ultimately file.


**Best Regards,**

T. Omar Malone, Esq.
**TEIN MALONE, PLLC**
Phone: 305-442-1101
E-mail: omar@teinmalone.com
www.teinmalone.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), the recipient is requested to immediately notify the sender by E-MAIL and by telephone (305) 442-1101 and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you. TEIN MALONE, PLLC

**From:** Wiesner, Jared S. (CIV) <Jared.S.Wiesner2@usdoj.gov>
**Sent:** Monday, April 24, 2023 3:05 PM
**To:** Omar Malone <omalone@teinmalone.com>; Leavitt, Lon (USAAZ) <Lon.Leavitt@usdoj.gov>; Grama, Adithi S. (CIV) <Adithi.S.Grama@usdoj.gov>
**Cc:** Mike Tein <tein@teinmalone.com>; Georgia McKenzie <gmckenzie@teinmalone.com>; Benjamin.Katz@gtlaw.com; dwyerje@gtlaw.com

**Subject:** RE: United States ex rel. Radhakrishnan, et al., v. Yury Gampel and Modern Vascular, Case No.: CV-20-00176-PHX-GMS

Mr. Malone,

Thank you for your emails. The United States has not determined whether it would oppose a motion for limited discovery prior to the Rule 26(f) conference. Your previous email asked if the United States would be willing to participate in a Rule 26(f) conference prior to the Court ruling on Mr. Gampel's motion to dismiss (which fully incorporated the Corporate Defendants' motion to dismiss). Those motions argue that the United States' complaint is so deficient that all claims (statutory and common law), against all defendants, should be dismissed with prejudice. The United States' response to your inquiry was simply that, due to the wide-ranging outcomes that could result from the motions to dismiss, it would be difficult, if not impossible, to create a workable discovery plan at this time and that holding a Rule 26(f) conference while the motions are pending would be unhelpful and inefficient. What you propose in your most recent email – a motion for limited discovery prior to the Rule 26(f) conference, and our position on it – is different from whether we believe that a Rule 26(f) conference is appropriate at this time.

To help us evaluate whether the United States would oppose such a motion, please provide us the following information:

- An explanation as to why early written discovery is necessary when Mr. Gampel and the Corporate Defendants have requests (including for oral argument) pending before the Court to dismiss the entire case with prejudice, which, if granted, would obviate the need for any discovery and prevent the unnecessary expenditure of time and resources.
- A list of the information and documents you intend to seek in early discovery and why each request must be obtained prior to a ruling (and potential oral argument) on the motions to dismiss.
- Whether the uncertainty and range of potential outcomes stemming from the motions to dismiss could be narrowed, such that early discovery might be appropriate now and not waste the parties' time and resources, by defendants voluntarily withdrawing their motions to dismiss, or parts of their motions to dismiss.

The information requested above will allow the United States to evaluate whether limited discovery is appropriate at this time. After reviewing the above-requested information and discussing it with you over phone or video chat, we will provide you with the United States' written position for you to include in the motion.

Regards,
Jared


**From:** Omar Malone <omalone@teinmalone.com>
**Sent:** Monday, April 24, 2023 10:01 AM
**To:** Wiesner, Jared S. (CIV) <Jared.S.Wiesner2@usdoj.gov>; Leavitt, Lon (USAAZ) <LLeavitt@usa.doj.gov>; Grama, Adithi S. (CIV) <Adithi.S.Grama@usdoj.gov>
**Cc:** Mike Tein <tein@teinmalone.com>; Georgia McKenzie <gmckenzie@teinmalone.com>; Benjamin.Katz@gtlaw.com; dwyerje@gtlaw.com
**Subject:** [EXTERNAL] RE: United States ex rel. Radhakrishnan, et al., v. Yury Gampel and Modern

Vascular, Case No.: CV-20-00176-PHX-GMS

Mr. Wiesner:

As a follow-up to my email of last Tuesday, I write to ask if you would be willing to agree to engage in discovery that is limited to the exchange of interrogatories and requests for production of documents? In this regard, I would ask for the professional courtesy of letting me know your position as soon as possible today.

If you are available, I am of course more than willing to jump on a quick conference call with you to discuss this particular subject.

Best Regards,

T. Omar Malone, Esq.
TEIN MALONE, PLLC
Phone: 305-442-1101
Direct: 305-606-8484
E-mail: omar@teinmalone.com
www.teinmalone.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), the recipient is requested to immediately notify the sender by E-MAIL and by telephone (305) 442-1101 and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s) Thank you. TEIN MALONE, PLLC

**From:** Leavitt, Lon (USAAZ) <Lon.Leavitt@usdoj.gov>
**Sent:** Tuesday, April 18, 2023 4:04 PM
**To:** Omar Malone <omalone@teinmalone.com>; Wiesner, Jared S. (CIV) <Jared.S.Wiesner2@usdoj.gov>; Grama, Adithi S. (CIV) <Adithi.S.Grama@usdoj.gov>
**Cc:** dwyerje@gtlaw.com; Benjamin.Katz@gtlaw.com; Mike Tein <tein@teinmalone.com>; Georgia McKenzie <gmckenzie@teinmalone.com>
**Subject:** RE: United States ex rel. Radhakrishnan, et al., v. Yury Gampel and Modern Vascular, Case No.: CV-20-00176-PHX-GMS

Mr. Malone:

Thank you for the response and update. As you may have seen from his auto-reply, Jared is out of the office until this Friday. Since I am booked for most of Friday, it will likely be next week before government counsel will be able to discuss our availability for an introductory call/videoconference and the United States' position on the forthcoming motion. We will endeavor to get back to you on both issues by the middle of next week.

Regards,

Lon

**LON R. LEAVITT**
ASSISTANT UNITED STATES ATTORNEY
602-514-7372 | Lon.Leavitt@usdoj.gov

**From:** Omar Malone <omalone@teinmalone.com>
**Sent:** Tuesday, April 18, 2023 9:35 AM
**To:** Wiesner, Jared S. (CIV) <Jared.S.Wiesner2@usdoj.gov>; Leavitt, Lon (USAAZ) <LLeavitt@usa.doj.gov>; Grama, Adithi S. (CIV) <Adithi.S.Grama@usdoj.gov>
**Cc:** dwyerje@gtlaw.com; Benjamin.Katz@gtlaw.com; Mike Tein <tein@teinmalone.com>; Georgia McKenzie <gmckenzie@teinmalone.com>
**Subject:** [EXTERNAL] RE: United States ex rel. Radhakrishnan, et al., v. Yury Gampel and Modern Vascular, Case No.: CV-20-00176-PHX-GMS

Mr. Wiesner:

Thank you for your response to my previous email gauging your desire to conduct a Rule 26(f) conference.

While we understand your position, we respectfully disagree that the case is not yet ripe for commencement of a Rule 26(f) conference in order to exchange limited written discovery (i.e., interrogatories and request for production of documents). In this regard, we will be making a motion for limited written discovery (i.e., interrogatories and request for production of documents) prior to the commencement of the Rule 26(f) conference and will certainly note your opposition to same.

Also, I would certainly like to take you up on your offer to schedule a call to introduce ourselves. Please let me know when you are available to conduct an introductory conference call/videoconference.

As to the status of previous counsel for Mr. Gampel, the only party we represent, I expect that prior counsel (Marcus Neiman Rashbaum & Pineiro LLP) will ultimately be moving to withdraw as counsel of record for Mr. Gampel.

Best Regards,

T. Omar Malone, Esq.
**TEIN MALONE, PLLC**
Phone: 305-442-1101
E-mail: omar@teinmalone.com
www.teinmalone.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), the recipient is requested to immediately notify the sender by E-MAIL and by telephone (305) 442-1101 and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you. TEIN MALONE, PLLC

**From:** Wiesner, Jared S. (CIV) <Jared.S.Wiesner2@usdoj.gov>
**Sent:** Wednesday, April 12, 2023 1:20 PM

**To:** Omar Malone <omalone@teinmalone.com>; Leavitt, Lon (USAAZ) <Lon.Leavitt@usdoj.gov>; Grama, Adithi S. (CIV) <Adithi.S.Grama@usdoj.gov>
**Cc:** dwyerje@gtlaw.com; Benjamin.Katz@gtlaw.com; Mike Tein <tein@teinmalone.com>; Georgia McKenzie <gmckenzie@teinmalone.com>
**Subject:** RE: United States ex rel. Radhakrishnan, et al., v. Yury Gampel and Modern Vascular, Case No.: CV-20-00176-PHX-GMS

Mr. Malone,

Thank you for reaching out. We look forward to working with you in the most efficient and collaborative way possible. We also look forward to participating in a Rule 26(f) conference with you to collaboratively arrive at a thoughtful discovery plan. However, due to the current procedural posture of the case, we do not think that the time is yet ripe.

Specifically, both your client and the Modern Vascular Corporate Defendants have filed separate motions requesting that all of the United States' statutory and common law claims be dismissed against all defendants with prejudice, and we do not yet have a ruling from the Court. Thus, the United States does not know (1) whether it will be participating in discovery with one defendant, 22 defendants, or some number in between; (2) whether discovery will be had on either or both of the two statutory claims; (3) whether discovery will occur as to either or both of the two common law claims; and (4) whether the case will be dismissed with prejudice or whether leave to amend will be granted and we will be drafting a new complaint. Judge Snow's order on the pending motions will provide us the direction we need to gauge the substance and timing of discovery. Additionally, the Court has not yet set a Rule 16 conference, which will make agreeing on proposed discovery deadlines extremely hard, if not impossible. For these reasons, having the Rule 26(f) conference now seems unhelpful and inefficient. That said, we are more than happy to schedule a call to introduce ourselves; please let us know if you are interested in that.

On a separate note, we see that you cc'd counsel for the Corporate Defendants from Greenberg Traurig. Multiple other attorneys have entered their appearance on behalf of both Mr. Gampel and the Corporate Defendants who were not included in your email, but they have not withdrawn from the case. Can you please advise us as to which attorneys are actively representing defendants and should be included on correspondence going forward?

Thanks,
Jared


Jared S. Wiesner
Trial Attorney
U.S. Department of Justice
Civil Division, Fraud Section
(202) 353-1274



**From:** Omar Malone <omalone@teinmalone.com>
**Sent:** Monday, April 10, 2023 3:03 PM
**To:** Leavitt, Lon (USAAZ) <LLeavitt@usa.doj.gov>; Wiesner, Jared S. (CIV) <Jared.S.Wiesner2@usdoj.gov>
**Cc:** dwyerje@gtlaw.com; Benjamin.Katz@gtlaw.com; Mike Tein <tein@teinmalone.com>; Georgia

McKenzie <gmckenzie@teinmalone.com>
**Subject:** [EXTERNAL] United States ex rel. Radhakrishnan, et al., v. Yury Gampel and Modern Vascular, Case No.: CV-20-00176-PHX-GMS

Counsel:

As you know we recently entered our appearance in this matter on behalf of Yury Gampel.

Since we, like all preexisting counsel, are committed to moving this case forward in the most efficient and collaborative way possible, we would like to gauge your willingness to have a Rule 26(f) conference in order to collaboratively arrive at a thoughtful and workable discovery plan addressing the timing of written discovery, fact and expert discovery deadlines, and document production?

Please let us know your position at your earliest convenience?

**Best Regards,**

**T. Omar Malone, Esq.**
**TEIN MALONE, PLLC**
Phone: 305-442-1101
E-mail: omar@teinmalone.com
www.teinmalone.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), the recipient is requested to immediately notify the sender by E-MAIL and by telephone (305) 442-1101 and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you. TEIN MALONE, PLLC