DICKINSON WRIGHT PLLC
J. Benjamin Dolan
Email: Bdolan@dickinsonwright.com
Michigan Bar No. P47839
(*pro hac vice*)

Christopher J. Ryan
Email: CRyan@dickinsonwright.com
Arizona Bar No. 036611

Andrew L. Sparks
Email: ASparks@dickinsonwright.com
Kentucky Bar No. 88566
(*pro hac vice*)
300 West Vine Street, Suite 1700
Lexington, Kentucky  40507-1621
Tel:    859-899-8700
Fax:   844-670-6009

*Attorneys for David Terry, DO, Chandrahas Patel, MD, and Lannery Lauvao, MD*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America *ex rel.* Radhakrishnan, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Gampel, *et al.*, <br><br> Defendants. | CV-20-00176-PHX-GMS <br> **LEAD CASE** <br><br> Consolidated with <br> No. CV-21-00010-PHX-SPL <br> No. CV-21-01206-PHX-GMS <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM** |
| United States of America *ex rel.* Terry, *et al* <br><br> Plaintiffs, <br><br> v. <br><br> Modern Vascular of Glendale, LLC, <br><br> Defendant. | |
| United States of America *ex rel.* Katherine Diggins, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Modern Vascular LLC, *et al.* | |

1

Pursuant to Local Rule of Civil Procedure 83.3(b)(4), notice is hereby given that Christopher J. Ryan will no longer serve as counsel in this matter due to his upcoming departure from Dickinson Wright PLLC. David Terry, DO, Chandrahas Patel, MD, and Lannery Lauvao, MD will continue to be represented by Dickinson Wright PLLC through attorneys of record J. Benjamin Dolan and Andrew L. Sparks.

All future pleadings, motions, orders, notices, and other documents should be sent to:

J. Benjamin Dolan
Dickinson Wright PLLC
500 Woodward Ave, Ste 4000
Detroit, MI 48226
Bdolan@dickinsonwright.com

Andrew L. Sparks
Dickinson Wright PLLC
300 West Vine Street, Suite 1700
Lexington, Kentucky 40507-1621
asparks@dickinsonwright.com

.

Respectfully submitted,

Dated: April 19, 2024

*s/Andrew Sparks*
J. Benjamin Dolan
Andrew L. Sparks
DICKINSON WRIGHT PLLC

Email: ASparks@dickinsonwright.com
300 West Vine Street, Suite 1700
Lexington, Kentucky 40507-1621
Tel:    859-899-8700

*Attorneys for David Terry, DO, Chandrahas Patel, MD, and Lannery Lauvao, MD*



**CERTIFICATE OF SERVICE**

This will certify that this documents was served upon all counsel of record by filing the same using the Court's electronic filing system on April 19, 2024

s/Andrew Sparks