YAAKOV M. ROTH
Acting Assistant Attorney General

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

LON R. LEAVITT (Arizona Bar No. 35825)
Assistant United States Attorney
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Email: lon.leavitt@usdoj.gov

JAMIE ANN YAVELBERG
NATALIE A. WAITES
JARED S. WIESNER (D.C. Bar No. 976856)
ADITHI S. GRAMA (Virginia Bar No. 93531)
ERICA H. MA (New York Registration No. 5880703)
U.S. Department of Justice, Civil Division
Commercial Litigation Branch, Fraud Section
175 N Street, NE
Washington, D.C. 20002
Telephone: (202) 353-1274
Fax: (202) 541-0280
Email: jared.s.wiesner2@usdoj.gov

*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States *ex rel.* Radhakrishnan, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>Yury Gampel, *et al.*,<br>Defendants. | No. CV-20-00176-PHX-GMS<br>**LEAD CASE**<br><br>Consolidated with:<br>No. CV-21-00010-PHX-SPL<br>No. CV-21-01206-PHX-GMS<br><br>**STATUS REPORT** |
| United States *ex rel.* Terry, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>Modern Vascular of Glendale, LLC, *et al.*,<br>Defendants. | |

|   |   |
|---|---|
| 1 | United States *ex rel.* Katherine Diggins, *et al.*, |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | Modern Vascular LLC, *et al.*, |
| 5 | Defendants. |

On February 7, 2025, the Court ordered that this case should be stayed for 120 days because Yury Gampel and Ernest Tepman, who were set to be deposed soon in the United States' civil False Claims Act case, informed the Court that they are the subjects of a criminal investigation by the Department of Justice. (*See* Dkt. No. 161.) The Court further ordered that the United States inform the Court within 90 days – by May 8, 2025 – as to the continuing pendency of the criminal investigation. (*Id.*) The United States hereby informs the Court that the criminal investigation remains open.

RESPECTFULLY SUBMITTED May 6, 2025.

YAAKOV M. ROTH
Acting Assistant Attorney General

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Lon R. Leavitt*

LON R. LEAVITT
Assistant United States Attorney

JAMIE ANN YAVELBERG
NATALIE A. WAITES
JARED S. WIESNER
ADITHI S. GRAMA
ERICA H. MA
Attorneys, Civil Division
U.S. Department of Justice
*Attorneys for the United States of America*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2025, I electronically transmitted the within and foregoing **STATUS REPORT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed as counsel in this case.

/s/ M. Beickert
Office of the United States Attorney