# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States *ex rel*. Radhakrishnan, *et al*.,<br><br>                    Plaintiffs,<br><br>v.<br><br>Yury Gampel, *et al*.,<br><br>                    Defendants. | No. CV-20-00176-PHX-GMS<br>**LEAD CASE**<br><br>Consolidated with:<br>No. CV-21-00010-PHX-SPL<br>No. CV-21-01206-PHX-GMS<br><br>**ORDER** |
| United States *ex rel*. Terry, *et al*.,<br><br>                    Plaintiffs,<br><br>v.<br><br>Modern Vascular of Glendale LLC, *et al*.,<br><br>                    Defendants. | |
| United States *ex rel*. Katherine Diggins, *et al*.,<br><br>                    Plaintiffs,<br><br>v.<br><br>Modern Vascular LLC, *et al*.,<br><br>                    Defendants. | |

The Court is in receipt of the United States' Status Report.  (Doc. 177).

**IT IS ORDERED** the United States file another Status Report **90** days from the date of this Order.

**IT IS FURTHER ORDERED** extending the stay deadline to **May 22, 2026**.

Dated this 17th day of February, 2026.

_____
G. Murray Snow
Senior United States District Judge